### Heyn, Appellant, *v.* Klein Chocolate Company, Inc.

758

Argued December 12, 1972. *Frank Edward Roda,* with him *Lawrence J. Ruggiano,* and *Roda, Morgan, Hallgren and Heinly,* for appellant; *John W. Beyer,* with him *John L. Sampson, William H. Mann, Stein, Storb, Mann & O'Brien,* and *Arnold, Bricker, Beyer & Barnes* for appellee.

Judgment affirmed.